UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY CLARK, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>   v.<br><br>INDUSTRIAL APPLE, INC., a California corporation dba APPLE ONE STAFFING; ECMD, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>                Defendants. | No. 2:21-CV-04460-JAK-KS<br><br>**ORDER RE JOINT STIPULATION TO REMAND MATTER TO STATE COURT (DKT. 31)**<br><br>JS-6 |

Based on a review of the Joint Stipulation to Remand Matter to State Court (the "Stipulation" (Dkt. 31)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**. The above-captioned civil action is remanded to the Los Angeles County Superior Court.

**IT IS SO ORDERED.**

Dated: September 29, 2021

John A. Kronstadt
United States District Judge